UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:18-MJ-4175 |
| | § | |
| SIM LERON WILLIAMS | § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard.  The defendant has a history of unstable living conditions.  He has not presented a suitable release plan and none of his personal information has been verified to the satisfaction of the Court.  Therefore, the defendant is ordered detained pending trial.  Counsel for defendant may move to re-open the detention hearing if he is able to present a suitable release plan and locate a suitable third-party custodian, and a person willing to make a cash deposit and/or a co-surety.  If identified, those persons should contact the United States Probation Office.  The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 12th day of October 2018.

                                                            _____
                                                             Jason B. Libby
                                                   United States Magistrate Judge